UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES F. KIERPIEC,

        Plaintiff,

v.                                                                                          Case No. 2:07-cv-151
                                                                                                                     HON. R. ALLAN EDGAR

PATRICIA CARUSO, et al.,

        Defendants.
_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S

## REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 28, 2009. The Report and Recommendation was duly served on the parties. The Court has received objections from plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

        Plaintiff's objections indicate unspecified facts in support of his claim. Plaintiff has failed to support his claims. Defendants' motion for summary judgment is supported by affidavits and medical records, which establish entitlement to summary judgment.

        THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Docket #85) is approved and adopted as the opinion of the Court.


Dated:     3/11/09                                                                              /s/ R. Allan Edgar
                                                                                                R. ALLAN EDGAR
                                                                                                UNITED STATES DISTRICT JUDGE